IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CONNIE L. SNOW,
Plaintiff,

v().

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

Case No. 20–CV–00373–JPG

## JUDGMENT

This matter having come before the Court, and the litigants having agreed to remand under sentence four of 42 U.S.C. § 405(g),

**IT IS HEREBY ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security is **REVERSED**. The Court **REMANDS** the cause to (1) provide Snow with the opportunity for a new hearing, (2) reassess the nature and severity of Snow's impairments; (3) reassess Snow's subjective allegations of symptoms, (4) reassess Snow's residual functional capacity and proceed with the sequential evaluation, as necessary, and (5) issue a new decision.

**Dated: Tuesday, January 5, 2021**

**MARGARET M. ROBERTIE
CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert
            J. PHIL GILBERT
            UNITED STATES DISTRICT JUDGE**