IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONNIE L. SNOW,<br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Defendant. | Case No. 20–CV–00373–JPG |

## ORDER

This is a closed Social Security disability appeal. Before the Court is the litigants' Joint Motion to Award Attorney Fees & Expenses. (ECF No. 31).

The prevailing party in a Social Security disability appeal may be awarded attorney fees and expenses under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412.

Here, the Court remanded this action in January 2021 for a new hearing. The litigants agree that Plaintiff Connie L. Snow is a "prevailing party" and that attorney fees in the amount of $6,487.95 are appropriate. The Court agrees too and **ORDERS** the following:

- Snow is awarded $6,487.95 for attorney fees and expenses in full satisfaction of all claims for attorney fees and expenses that may be payable under the EAJA, 28 U.S.C. § 2412; and

- Any fees paid belong to Snow and not her attorney and can be offset to satisfy any preexisting debt that she may owe the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). If the defendant can verify that Snow does not owe a preexisting debt to the Government subject to the offset, the defendant will direct that the award be made payable to Snow's attorney under the EAJA assignment duly signed by Snow and counsel.

**IT IS SO ORDERED.**

Dated: Monday, March 22, 2021

S/J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**
